USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Zipora Gordon,

               Plaintiff,

     –v–

Equifax Information Services, LLC, *et al.*,

               Defendants.

20-CV-1565 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      Plaintiff filed her Complaint on February 21, 2020. Dkt. No. 1. Pursuant to Rule 4(m), Plaintiff was required to serve Defendants on or before May 21, 2020. As of this date, the Court is not in receipt of proof of service on Defendant Experian Information Solutions, Inc.. Accordingly, by June 9, 2020, Plaintiff shall file proof of service on Defendant Experian Information Solutions, Inc., a status update regarding service, or a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a).

      SO ORDERED.

Dated: June __3__, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge