UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Zipora Gordon,

            Plaintiff,

   –v–

Equifax Information Services, LLC, *et al.*,

            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/20

20-cv-1565 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Initial Pretrial Conference scheduled for August 21, 2020, is adjourned sine die.

    SO ORDERED.

Dated: August 21, 2020
       New York, New York

                        ALISON J. NATHAN
                     United States District Judge